BEFORE THE FIRST DIVISION, JUNE 28, 1946

**No. 51218.**—Protests 121876–K, etc., of Amicale Trading Co., Inc., et al. (New York).

Opinion by COLE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51219.**—Protests 23381–K, etc., of DeLuxe Saddlery Co. et al, (Baltimore, etc.).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51220.**—Protests 74194–K, etc., of International Trading Corp. et al. (New York).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 28, 1946

**No. 51221.**—Protests 36330–K, etc., of G. E. Mallinson Importing Co. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.  In accordance therewith the protests were sustained as claimed.

**No. 51222.**—Protests 59880–K, etc., of Providence Import Co., Inc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.  In accordance therewith the protests were sustained as claimed.

**No. 51223.**—Protests 946009–G, etc., of Atlantic Rug Co., Inc., et al. (New York).